# United States Court of Appeals
## For the First Circuit

No. 14-1729

NHAN PHUNG VU; CLAYTON RICHARD GORDON, on behalf of himself and others similarly situated; GUSTAVO RIBEIRO FERREIRA; VALBOURN SAHIDD LAWES; CESAR CHAVARRIA RESTREPO

Petitioners - Appellees

PRECIOSA ANTUNES

Petitioner

v.

JOHN SANDWEG, Acting Director; SEAN GALLAGHER, Acting Field Office Director; CHRISTOPHER J. DONELAN; MICHAEL G. BELLOTTI, Sheriff; JOHN F. KELLY, Secretary of Homeland Security; STEVEN W. TOMPKINS, Sheriff; JEFFERSON B. SESSIONS, III, Attorney General; THOMAS M. HODGSON, Sheriff; JOSEPH D. MCDONALD, JR., Sheriff

Respondents - Appellants

**MANDATE**

Entered: March 1, 2017

In accordance with the judgment of November 21, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Elizabeth Ann Badger
Dina Michael Chaitowitz
Hans Harris Chen
Jeffrey Thomas Collins
Sarah B. Fabian

Aram A. Gavoor
Karen L. Goodwin
Adriana Lafaille
Eunice Chaeyoung Lee
George N. Lester
Victoria M. Morte
Stephanie S. Pimentel
Matthew E. Price
Judy Rabinovitz
Matthew R Segal
William C. Silvis
Elizabeth J. Stevens
Michael King Thomas Tan